IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Williams, Robert

Printed: 02/03/09

Case Number: 03 B 50754
Judge: Hollis, Pamela S
Filed: 12/17/03

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 30, 2009
Confirmed: February 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,872.60 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 18,660.97 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 1,211.63 |
| Other Funds: |  | 0.00 |
| Totals: | 21,872.60 | 21,872.60 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. Internal Revenue Service | Priority | 18,661.00 | 18,660.97 |
| 4. Schottler & Zukosky | Priority |  | No Claim Filed |
|  |  | $ 20,661.00 | $ 20,660.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 74.20 |
| 4% | 29.86 |
| 6.5% | 114.70 |
| 3% | 19.09 |
| 5.5% | 137.82 |
| 5% | 48.21 |
| 4.8% | 161.96 |
| 5.4% | 500.34 |
| 6.6% | 125.45 |
|  | $ 1,211.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Robert | Case Number:  03 B 50754 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/03/09 | Filed:  12/17/03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*